Case No. 25-1782, Lawrence Wolf v. City of Detroit MI Oral argument not to exceed 15 minutes per side Mrs. Worrell for the appellate Good morning Jamie Worrell appearing on behalf of Plaintiff Appellant Lawrence Wolf May it please the Court I am reserving 5 minutes for rebuttal Unlike the cases that have been previously argued before this Court this morning This case presents a very narrow, singular issue on appeal The issue on appeal is The District Court held that Plaintiff lacked Article III standing Because the harm that Plaintiff alleged Which was the loss of 20% of awarded SARA funding Under the City's 80-20 policy Was not fairly traceable to the City So the issue is traceability There's a sub-redressability argument as well But I believe that the primary argument would be the traceability argument It's a narrow issue, but the facts are pretty complicated I'm just saying, yes, you're right, there's a narrow question But boy, this is a very fact-intensive analysis for us To try to get this record straight, to understand everything Can I ask you, the swap that supposedly happened There's an email about a swap that supposedly happened Where one of the non-profits was holding the money Was swapping one funds with the other Is that critical to your argument, and if so, how? I think it goes to the point to show that One of the City's primary arguments is that it didn't have any control Over the SARA funding Because of the... We have to start... Let me just back up Under the SARA program There were two grantees operating within the City There's the State program, the MSHDA program And then there's the City program, or the ERAP program And the way it works is that you have these grantees That are taking in federal emergency rental assistance funds From the federal government As grantees, these two entities then funneled the emergency funds Into the City through HARAs that were unique Or that operated for both programs And so, to your question on whether or not the City had control Or the City argues that it didn't have control over SARA funding This is an example of where the City actually showed control Over these funds, and is just an example of... We can talk about it, that's important But just like the commingling of the monies I mean, were they separated out? Were they segregated in separate funds? And then this swap suggests that maybe they were kind of fungible I'm just trying to understand how the money was held or recorded Sorry The evidence shows that the HARAs had no distinguishing factor Between how these two different SARA programs operated within the City Once the money was funneled into the HARAs The only distinguishing factor was where it came from Who was the grantee Otherwise, the City's 80-20 program Which was enacted and implemented by the HARAs Operated uniformly within the Cities So, to answer your question about commingling I don't... That fact is not necessarily something I can affirmatively state happened Because I don't have that evidence But I do know that these... The HARAs put all the money into these... You know, the one account And then paid different landlords and or tenants From that account Whether it was through the ERAP program or the SARA program So your argument is that... If I understand this That the City had this 80-20 policy Correct The City told the HARAs to implement the 80-20 policy Correct The State agreed that it would follow the 80-20 policy Within the City of Detroit and not elsewhere in Wayne County I would disagree with that I would say that MISHDA at best tolerated the program There's no evidence in the record that MISHDA agreed to the program In fact, the City's representative, Chelsea Neblett Who was directly responsible and author of the 80-20 program And also responsible for, in large part, implementing the program Admitted There's no document from the State of Michigan to the City saying We agree to this program There's no oral, on the record, exchange between Ms. Neblett and the State That says we agree to this In fact, in her testimony Whether or not it was agreed to We do have testimony by Ms. Neblett that says That it was not dictated by MISHDA And that's really important Whether or not the City dictated the policy And MISHDA dictated the policy MISHDA did not dictate the policy And there's no evidence that it agreed to the policy But MISHDA knew about it MISHDA knew about it And tolerated it This policy operated solely within the City of Detroit It seems counterintuitive to me That a City could dictate to the State I don't see that very often Right, well, there's evidence in the record In fact, the District Court acknowledged That the City lobbied MISHDA heavily They lobbied to get MISHDA to agree, right? To agree So MISHDA has to consent to it MISHDA, even if MISHDA consented to it It's irrelevant Well, okay, you just said that they lobbied They lobbied To agree, so I assume that that's somewhat relevant MISHDA allowed the program to proceed within the City There was a lot of pushback by MISHDA In the beginning of the program The whole point is They say you're suing the wrong entity You really, you need to be suing MISHDA That they're MISHDA funds And you don't have standing To bring a claim against MISHDA Here for MISHDA funds Well, the traceability argument goes to What is causing the harm What plaintiff is alleging Is that the City's 80-20 program Is the direct cause of the harm Because they consented to it MISHDA consented to it MISHDA? Then the Court is not considering the fact That there can be more than one bad actor And there's a lot of case law MISHDA and the City are equal MISHDA is not the gun dealer in Wray I think MISHDA is the State agency And the City is a municipality And it's normally the hierarchy Is the State is above the City, that's all In this context, in this instance The City wanted to impose This 80-20 policy to bolster a City ordinance It lobbied MISHDA to adopt this program MISHDA tolerated it And it operated uniformly within the City That's all true I guess I'm confused about Even on those facts Why the City would be responsible So let's say that the auto industries The big three, to the extent they're still big three Go to the Department of Energy Or Department of Transportation And they lobby for some regulation And the Department of Transportation Issues a rule that harms somebody A third party But it's the Department of Transportation's rule Can you sue General Motors and say You sent your lobbyists to the Department of Transportation To pass a rule that's illegal? That's your fault? There's a connection with General Motors there And therefore we can sue you This isn't General Motors' rule This is the City's policy But you're saying that all the City did was Went to the State and said Please accept our policy And the State either said OK Or the State said Didn't say anything but tolerated it Either way it sort of It consented, it acquiesced in some way It didn't But if all the City did was Ask the State for its It lobbied the State to do it Why is the City more responsible Than General Motors is responsible? Because it's the City's policy The only beneficiary of this policy is the City MISHDA didn't benefit from it The landlords didn't benefit from it Because clearly this case is here And the tenants didn't benefit from it Because even if the tenants received the money directly What often happened is that The tenants wouldn't pay it forward And so they're still exposed to arrears and eviction So I think, you know, I'm running low on time So I just would like to say MISHDA and the City Because if you want to go with the fact that MISHDA agreed That's fine They stand in the same position They're co-bad actors We don't have to sue every bad actor The City's policy Is the but-for Even though we don't need but-for for traceability It's the but-for causation Take the City's policy out of it Every other community in Michigan Had this Every landlord was fully paid So we're alleging that this is an unconstitutional act By the City to impose this policy So the core harm is caused by the policy And the City can be sued over it Harm is directly traceable to the City because of that And also Very quickly The evidentiary standard that the District Court used was wrong Because under Lujan You know, each I have a couple of questions for you When you applied for this money Is it clear that you're The State got some money You're saying the City got some monies, right? From zero funds? And my next question was going to be Do you agree that you applied for the State allocation Rather than the City allocation? Yes Okay, that's certain I mean, my client specifically Larry Wolf Applied It just happened to be Because the State's It's okay, I just wanted No, no, but the State's funding came first And then the City got money Okay, so you applied for the State So if I didn't agree with the control argument, let's say I didn't know if there was a theory that At some point, all these monies are just given to They end up at this non-profit And they kind of get all mixed around And so we don't know whose money is who And the State The City definitely has influence over this non-profit Correct Is that your argument? Because that's kind of the first question I asked you And you didn't really embrace it  No, it's okay, you don't have to The HARAs are the gun dealer in Ray And if the HARAs did not have a choice On whether or not to implement this 80-20 policy Then the traceability factor can be traced back to the City If that answers your question Yeah, you didn't sue Originally, you didn't sue the 501c3s, right? That you wanted a medical complaint Well, no, because they were either They were either the agents of the City Or they were acting at the direction And under the administration of the City So we don't have to sue the HARAs directly We have to sue the City Oh, sure Sorry So what relief do you want? Are you just So the funds, the 20% of the funds I understood was placed in escrow Are you just trying to get your funds back? And if so, who has the money? Well, that's a good question Well, if they're in escrow, one would think we know You would think That's been a big issue of discovery in this case The HARAs claim not to have the money anymore The City claims not to have the money Does the State have the money? The State does not have the money So what Redressability That's Clearly, if we are able to prove our claim of a taking Then just compensation can be made For the 20% that was unlawfully withheld That's redressability You're out of time You could use your five minutes right now I would like to hold that, please Thank you Good morning Good morning May it please the Court Eric Gabo, appearing on behalf of Appalachie City of Detroit My colleague correctly stated that the key issue in this case Is relating to traceability Specifically, what is the proper standard in this circuit For determining traceability? The       District Court relied on The District Court held that the proper standard Where a third party is involved Is whether the defendant Has a determinative or coercive effect On the third party And the Court found that The City did not have a coercive effect on MSHDA Because it could not control what MSHDA did It could not control MSHDA's program Or its funds Or its agents Can I ask you about the sort of fact scenario I was laying out? So if I agree with you on that But then all the monies City, all the federal monies Whether they're originally assigned to the City Or the State end up in one of these 501c3s, right? Correct And at that point, is there any distinction Between whose money it is? I mean, does the 501c3 have the money it owes It owes the property owner, Wolf, the money Why does it matter at that point? There is a distinction During the processing of each individual application They have to know which pot to take it from At the top end or the bottom? Where are we in this chain of like At the beginning or at the 501c3 level? At the 501c3 level As they're processing these applications They need to know Is their money from ARPA Still in there? Or is their money from the Consolidated Appropriations Act? I mean, if And that's part of the reason for this Question you had about the swap There are different Conditions Depending on what each Sum of money can be used for Even if it's all in the same bank account And that's what they were talking about With the swap That if we shift some money To another Category Perhaps we can use it for The other purpose And again, what the court found is that First of all, there's no evidence this ever happened But actually, it shows that The opposite of what plaintiff claims In fact, it shows that the city was requesting That the state agree to this So if it is requesting this, then I appreciate that point My question is just more so about the funds I mean, you're saying the record shows The 501c3s were segregating the funds So as soon as they knew these were State funds Rather than city funds And then there was never any There was never just one account they all went into As it was, the 501c3s were very Intricate in dividing up the monies To certain accounts And when they processed the application They knew exactly which account it was coming from As opposed to it all just being one big pot of money I don't know exactly what account Or accounts it went into It was on one account But what I'm saying is that They knew exactly In processing each application Where that money was coming from And whether there was money sufficient From each pot To pay out The city didn't know what the pots were I guess they would want to know Who was applying for the money Maybe what their basis was applying for the money But did they keep track Like, we only have $100 left in that account So if someone comes forward, we can't pay them But in the other separate account we have $10 million And we can't take the $10 million to pay the Other account where we only have $100 Yes, that's what I'm telling you They knew exactly How much money they had From each of the sources And where would we find that in the record? Where would we find that in the record? I think one of the Exhibits that we attached Had a breakdown of Where each of the Applications Where they were paid out What source it came from So that information was available To the HARAs as well And that was one of our exhibits I think one of the I think Judge Radler's point Which is a little bit different Is if the city Told the HARAs You have to follow our policy It wouldn't matter And if you want to do business With us, the city, you have to follow our Policy Even if the state had said Not with respect to our money Maybe if the HARAs Believe that their master Is the city And they're Oblivious to what the state wants And they're doing it anyway Maybe the city is liable Well that doesn't make sense because If you look at the amount of money that The HARAs were receiving from Each of the two sources The HARAs did receive approximately 28 million dollars from the city But it received far more Over 100 million Perhaps 200 million from the state So if the HARAs were then Confronted with the city Saying you have to do this with regard to MISHTA MISHTA is saying we don't want you to do that The HARAs would not be Listening to the city there. The HARAs would say We'd better listen to the entity That's giving us five times as much money I don't know if that's true. I mean if 5-1-C-3 Gets money from lots of people and then they Collect it and they decide how to Allocate it. Maybe this isn't exactly this Situation but we all give the United Way Some give more, some give less But then the United Way decides how to Allocate the money And we don't necessarily know that it's just because One donor gave more Unless it's like restricted funds or something There's no evidence in the record about that There's just speculation by the plaintiff that The HARAs must have followed direction From the city. Which again It doesn't make any sense because this issue Was discussed with MISHTA. It was discussed With the HARAs. Your response is they Obviously followed direction from the state Yes And that's not speculation? I'm sorry I didn't understand. Well you said the city was You said the plaintiff was just speculating that The 5-1-C-3s took direction from The city. From the city is what they're saying In fact they took direction from MISHTA. How do we know that? Because the Chelsea Neblett testified in her Deposition that she had discussions With MISHTA about this and they Agreed that this would go forward In fact there's an email from MISHTA saying We are Considering not continuing this Program, the 80-20 If in fact the distribution Is too slow. So they Knew about it. They were prepared To tell the HARAs Not to do this if certain things happened but they never Did so So again So your position is MISHTA Did agree To the 80-20 Yes You just did that to Be nice to the city. The city said would you Please do this? You said fine The city asked them to do it And they agreed to it. So yes Again and I think Your honors made a good point earlier When you asked about how this Would apply to other situations For example if another group Had lobbied A third party to adopt some kind of Policy that's later found to be Illegal Imagine in this case if In fact the city Had not only lobbied MISHTA But had gone to a national Convention or something and said To the entire country we think you should All adopt the 80-20 Every state, every Municipality and they had done so Under plaintiff's Theory now we're potentially liable For the whole country's damages That just doesn't make sense Also consider What if one of these tenant Advocacy groups Had done the lobbying to MISHTA Or nationally. For example The National Low Income Housing Coalition Which is in our Documentation. They recommended Many of the same kind of policies What would have happened If MISHTA said We're going to adopt those based on The National Low Income Housing Coalition Or other places around the country Had said this. Now is that entity Suddenly liable around the country? Liable because of MISHTA's actions? The answer is no because you need Control You need coercion This is what this court Established as the standard In the Tirani case In Crawford, in later cases Such as Changizi It's not enough just to say Someone came up with an idea And other people followed it Even if there's aggressive lobbying Even if there's A lot of effort made to get the other party To agree. If you don't have Control, you don't have Compulsion, that isn't enough Because that sweeps too broadly That's a Different question. Is it your view I know it's not your client, but is it your view That the state could not be sued For these funds? No, and in fact we Questioned why the parties That had control of the funds You could have added them as a party You could have impleted or interpleted You could have added the state to the case If you thought it was really their problem Theoretically But the plaintiff also could have named that Well, I'm just saying as your position, did you not add them Because it's your position the state can't be sued I don't believe so. I mean, I haven't researched that But I don't know why the state could not have been sued And I think that A lot of reasons, but that's That raises an interesting question In terms of redressability The funds at issue Which plaintiff identifies as a specific Identifiable parcel of Funds Those were originally Controlled by MSHDA Then by the HARAs And then a large proportion of these were then Transferred to the 36th District Court to be held in escrow And those were to be Distributed in accordance with Consent orders Signed off on by plaintiff's own counsel So the question is If plaintiff really wanted redress for His alleged damages Why didn't he sue The parties that controlled the funds That held the funds Instead he sued the city You mean the 501c3s? Well, the 501c3, why didn't he sue MSHDA, who could have then ordered These entities to stop doing this Why didn't he sue The 36th District Court, which holds the funds There was also issues with suing courts But there's also issues with suing the state There's a lot of rules about suing the state when you can and can't sue the state For damages, a lot of immunity True, but no attempt was made So if they really were interested in redressing The actual damage that they Claimed to have suffered, that he claims to have suffered There was A path forward He could have sued The entities that had the funds That controlled the funds And that were in a position to disperse them And as a matter of fact These funds that are being held By the 36th District Court That court Has been distributing those to both Tenants and landlords for the last Five years, in accordance with these Orders that were entered If plaintiff Again, was seeking redress For his damages Why has he just sat back And watched this whole process unfold When all that money is going out Is there a way that They could have filed something In the 36th District Court To claim some of these funds I mean, I assume if they're being held in escrow And they're their funds That you go there And you say, please give me my money Because this claim is unconstitutional All of the landlords Whose funds were transferred to an escrow account In the 36th District Court They're parties to that lawsuit They could have objected to this if they wanted to But they signed off on the They've already waived Their claim But even, they might have raised A broader kind of constitutional argument Against the 36th District Court As well, but They never did that I mean, maybe in the court, but Well, in the court But that didn't happen, Your Honor I think the So the question again Getting back to the core issue is What is the standard? Is it As this court Has articulated Whether the defendant's conduct Has a determinative or coercive effect On the third party Or just whether The defendant has motivated the third party To take some action Well, yes, let me get to that Is that really the causation standard Under Understanding analysis? No I didn't think so For a third party, too Yes, again, the standard Has been described very clearly By this court And the cases we've cited Tarani, Crawford, Chiaghese It doesn't state that the Standard is but for In fact, the cases that the plaintiff cites for this None of them are Sixth Circuit cases They're all from other jurisdictions The standard is clear In fact, if you look at the What is the standard? Again, the standard is where you're trying to impose liability On the defendant for actions of a third party There must be an element of Coercion That's what I thought Okay, you need more than but for Correct And I would say that even if you look at the If you There's no evidence of coercion, right? No, there isn't And again, it doesn't make any sense As I think you stated Case over then, okay It doesn't make logical sense, your honor The plaintiff's argument is basically The tail wagging the dog here How would we have forced Mishta to take action when We depend on them for hundreds of millions of dollars And that again was the Distinction in the Parsons case That the court noted in Tarani That even though There was some language about Um If the third If the defendant Motivates the third party To take some action that is later Deemed unlawful That may be enough to Establish traceability But in Tarani the court said No, that's not really What's happening there because in In the Parsons case The local Law enforcement Felt compelled To follow the federal Any further questions, Judge Larson? Judge Rayland? Thank you, counsel For your argument, rebuttal Your honors The coercion in this case Is not about whether or not The city could coerce Mishta The coercion in this case Under the Ray The Tarani v. Ray case Is whether or not the city Coerced the 501c3s The HARAs into implementing its policy What we have just heard Is a city who has Come up with this Unconstitutional policy And now is trying to Backchannel from it Or run away from it Blaming everybody else Except the city itself That the district court Recognized that this was the city's Brainchild The city implemented this No other city in Michigan Implemented a policy Like this And it caused harm to my client Because he still Has not been paid the 20% That was Unlawfully held The coercion The city says that these funds are In the 36D And that you consented to their dispersal Can you explain that? There's a difference Between Cases that were Filed to be distributed That were not court cases And cases that were court cases And as part of the 36 district court cases They would have to sign Consent judgments That would release these Funds. However First of all we would argue that they would be Signing them under duress because of This unlawful policy that they can't Enforce But then to As part of the consent judgment That they would sign as part of their court case They would have to go then meet This certificate of compliance Within 90 days Which evidence shows That these landlords could not do So then these funds get You know they just stay In escrow or they get distributed to the tenants And under the relief acts You're supposed to pay the landlords directly But then they were paid To the tenants and then the tenants often Didn't pay them to the landlords Creating that whole problem Again I just want to give you this example In Tarani v. Ray The coercion standard that the District court relied upon and it's The correct standard You have two Grantees Mishta and the city they're equal They're the defendants They're Ray. We don't have to sue Every defendant because of All the case law we cited about Not having to sue Each and every defendant that there can be More than one bad Actor when you are going against These entities And I just I think it's Lost my train of thought there Why we didn't sue the state This is a 1983 claim You can't sue a state Yeah we can't sue the state I thought your claim was Not that you're seeking damages But that you're just seeking Return So that would be an equitable action They have your money You'd like it back But That's like specific funds As part of our takings Claim we have identified that they have Taken a specific parcel of money but that doesn't Mean that they're holding this single dollar And that we want this single dollar Well that's what I thought because I thought That the funds were identified and Held in escrow and so then you would Think you could just go get them The court has to look at Lyon-Raisins and Yardsley Because those cases stand for The proposition that on the Redressability standard that we Can receive Payment, adjust compensation For the value of the Funds that were the specific funds That were withheld so the city does not have to Have this specific parcel of money just Sitting there waiting to be returned We're having a hard time Finding where that is There is some in 36th District that is true But it's a fraction Of what was taken So the coercion issue I guess the coercion has to Happen over these 501c3s The HARAs that are in this case I can't make it any more Clear than that The examples that My friend gave About could They be held responsible for a national Calamity if all of These people adopted The suggestion of the city That's not what happened The city came up with a specific policy to benefit the city To help bolster An ordinance that they have never Been able to successfully enforce That's not going to happen nationally So that example was a little far fetched As far as I'm concerned Any further questions? Thank you very much For your arguments today I believe that concludes the oral argument Docket this morning